# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136486

SPECTRUM HEALTH,
          Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
          Defendant-Appellant,

and

BLUE CROSS BLUE SHIELD,
          Defendant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136486
COA: 275341
Ionia CC: 06-024796-NF

_____/

On order of the Court, the application for leave to appeal the April 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

p0828